AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

**APPEARANCE**

Case Number: 08-5012

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE CITY OF NEW YORK

I certify that I am admitted to practice in this court.

| 6/23/2008 | |
|---|---|
| Date | Signature |

| Suzette Corinne Rivera | SR4272 |
|---|---|
| Print Name | Bar Number |

100 Church Street
Address

| New York | NY | 10007 |
|---|---|---|
| City | State | Zip Code |

| (212) 788-9567 | (212) 788-9776 |
|---|---|
| Phone Number | Fax Number |