

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

SUZETTE CORINNE RIVERA
*Assistant Corporation Counsel*
Phone: (212) 788-9567
Fax: (212) 788-9776
srivera@law.nyc.gov



June 23, 2008

BY HAND
Honorable Gerard E. Lynch
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007



Re: <u>Markeith Givens v. The City of New York et al.</u>, 08 CV 5012 (GEL)

Dear Judge Lynch:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and counsel for defendant City of New York. I write to respectfully request a sixty-day <u>enlargement of time, from June 23, 2008, to August 22, 2008, within which the City may answer or otherwise respond to the complaint.</u> This is the City's first request for an enlargement of time in this action. Plaintiff's counsel does not object to this request.  ]*

    The complaint alleges, *inter alia*, that plaintiff Markeith Givens was falsely arrested on or about September 16, 2007. Specifically, plaintiff alleges that he was arrested without cause or justification while he was walking with his friends. Plaintiff further alleges that he was subjected to excessive force during the course of his arrest and while at the precinct. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case in accordance with out obligation under Rule 11 of the Federal Rules of Civil Procedure. The enlargement of time will afford us the opportunity to investigate this matter.

    Upon information and belief, the charges against plaintiff were dismissed and sealed pursuant to Penal Law Section 160.50. This office has forwarded unsealing releases to plaintiff. Moreover, to the extent plaintiff has alleged physical injury, this office has also forwarded to plaintiff a consent and authorization for the release of medical records, so that defendant can properly assess the case and respond to the complaint.

\*SO ORDERED

*/s/ Gerard E. Lynch*
GERARD E. LYNCH, U.S.D.J.
6/24/08

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until August 22, 2008.

Thank you for your consideration in this regard.

Respectfully submitted,

Suzette Corinne Rivera
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   BY FAX
      (212) 202-4952
      Wylie M. Stecklow, Esq.