UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x

MARKEITH GIVENS,

                                                                    **NOTICE OF APPEARANCE**

                                             Plaintiffs,

                                                                     08 Civ. 5012 (GEL)

                         -against-

THE CITY OF NEW YORK, A MUNICIPAL ENTITY, NEW
YORK CITY POLICE OFFICERS "JANE DOE" AND "JOHN
DOES", ALL OF THE IDENTIFIED AND NON IDENTIFIED
PERSONS IN THEIR INDIVIDUAL AND IN THEIR
OFFICIAL CAPACITIES,

                                             Defendant.
--------------------------------------------------------------------------x

          **PLEASE  TAKE  NOTICE**  that  **Morgan D. Kunz**,  Assistant  Corporation

Counsel, should be substituted as counsel of record on behalf of the Corporation Counsel of the

City of New York, Michael A. Cardozo, attorney for defendant City of New York, having

replaced Assistant Corporation Counsel Suzette Corinne Rivera, effective July 11, 2008.


Dated: New York, New York
        July 16, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel, City of New York
                                        Attorney for Defendant City of New York
                                        100 Church Street, Room 3-195
                                        New York, New York 10007
                                        (212) 788-0422


                                        By:     _____/s/_____
                                              Morgan D. Kunz
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

To:    Wylie M. Stecklow
       Attorney for Plaintiff
       WylieLaw
       10 Spring Street
       New York, NY 10012 (By ECF)

Index No. 08 Civ. 5012 (GEL)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARKEITH GIVENS,

Plaintiffs,

-against-

THE CITY OF NEW YORK, A MUNICIPAL ENTITY,
NEW YORK CITY POLICE OFFICERS "JANE DOE" AND
"JOHN DOES", ALL OF THE IDENTIFIED AND NON
IDENTIFIED PERSONS IN THEIR INDIVIDUAL AND IN
THEIR OFFICIAL CAPACITIES,

Defendant.

## NOTICE OF APPEARANCE

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Morgan D. Kunz*
*Tel: (212) 788-0422*
*NYCLIS No. 2008-021349*

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................................................................ , 200...*

*............................................................................................................ Esq.*

*Attorney for ............................................................................................*